Yaw-Jiun (Gene) Wu (# 228240)
  gwu@afrct.com
David M. Newman (# 246351)
  dnewman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900
Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB, f/k/a World Savings Bank, FSB
("Wells Fargo")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DAVID LANGDON and KELLY LANGDON, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., and DOES 1 through 100, inclusive, <br><br> Defendants, | Case No.: 1:14-CV-00168-LJO-GSA <br><br> **ORDER RE JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

The Court, having read and considered the Joint Stipulation To Continue The Mandatory Scheduling Conference, and good cause appearing, rules as follows: the Mandatory Scheduling Conference, currently set for May 8, 2014, at 9:00 a.m. before United States Magistrate Judge Gary S. Austin, United States District Court, 2500 Tulare Street, Fresno, California 93721, is hereby rescheduled to May 29, 2014, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **April 1, 2014**              /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE